[No. 21769-1-I.  Division One.  June 19, 1989.]

ARTHUR LEE CRABB, ET AL, *Appellants,* v. ERNEST CHEN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 86-2-11627-3, Edward Heavey, J., entered December 30, 1987. *Reversed with instructions* by unpublished opinion per Grosse, J., concurred in by Coleman, C.J., and Scholfield, J.

[No. 21491-8-I.  Division One.  June 19, 1989.]

*In the Matter of the Welfare of* C.H.

RICHARD HENDRICKSON, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 86-1-00663-6, John F. Wilson, J., entered November 17, 1987. *Affirmed* by unpublished opinion per Williams, J. Pro Tem., concurred in by Swanson and Scholfield, JJ.

[No. 11354-6-II.  Division Two.  June 14, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL ELWELL, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 87-1-00045-1, Gary W. Velie, J., entered September 4, 1987. *Reversed* by unpublished opinion per Reed, J., concurred in by Petrich, A.C.J., and Worswick, J.